IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| **CHERYL DRISKILL**, on behalf of herself and those similarly situated,<br><br>    Plaintiff(s)<br><br>    v.<br><br>**WALMART, INC., d/b/a WALMART**<br><br>    Defendant. | Case No. 1:23-cv-02095<br><br>Judge Charles Esque Fleming<br><br>Magistrate Judge Jonathan D. Greenberg |

## JOINT NOTICE OF SETTLEMENT

    Plaintiff Cheryl Driskill and Defendant Walmart, Inc. hereby notify the Court that the parties have reached tentative terms of settlement and anticipate submission of a Joint Stipulation of Dismissal with Prejudice of Plaintiff's Complaint within the next forty-five (45) days.

Respectfully Submitted,

| | |
|---|---|
| /s/Brian D. Flick | /s/ Richik Sarkar (per email consent 11/21/2023) |
| Marc E. Dann (0039425)<br>Brian D. Flick (0081605)<br>Marita I. Ramirez (0101882)<br>**DANN LAW**<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>Telephone: (216) 373-0539<br>Facsimile: (216) 373-0536<br>notices@dannlaw.com | Richik Sarkar (0069993)<br>Dinsmore & Shohl LLP<br>1001 Lakeside Avenue, Suite 990<br>Cleveland, Ohio 44114<br><br>Phone: (216) 413-3838<br>Fax: (216) 413-3839<br>Email: richik.sarkar@dinsmore.com |
| *Counsel for Plaintiff and the Putative Classes* | *Counsel for Defendant Walmart, Inc. d/b/a Walmart* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2023 a true and correct copy of the foregoing was electronically filed with the Court and notice of filing will be served upon all parties.

/s/Brian D. Flick
Marc E. Dann (0039425)
Brian D. Flick (0081605)
Marita I. Ramirez (0101882)
**DANN LAW**
*Counsel for Plaintiff and the Putative Classes*