IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| **CHERYL DRISKILL**, on behalf of herself and those similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>**WALMART, INC., d/b/a WALMART**<br><br>Defendant. | Case No. 1:23-cv-02095<br><br>Judge Charles Esque Fleming<br><br>Magistrate Judge Jonathan D. Greenberg |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Cheryl Driskill and Defendant Walmart, Inc. hereby stipulate that Plaintiff's Complaint against Defendant is hereby dismissed *with prejudice* pursuant to Civ. R. 41. Each party shall bear its own costs.

Respectfully Submitted,

*/s/ Brian D. Flick*
Marc E. Dann (0039425)
Brian D. Flick (0081605)
Marita I. Ramirez (0101882)
**DANN LAW**
15000 Madison Avenue
Lakewood, OH 44107
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

*Counsel for Plaintiff and the Putative Classes*

*/s/ Richik Sarkar (per email consent 11/27/2023)*
Richik Sarkar (0069993)
Dinsmore & Shohl LLP
1001 Lakeside Avenue, Suite 990
Cleveland, Ohio 44114

Phone: (216) 413-3838
Fax: (216) 413-3839
Email: richik.sarkar@dinsmore.com

*Counsel for Defendant Walmart, Inc. d/b/a Walmart*

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: November 28, 2023